JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE FLASHCOM, INC. | Case No. SA CV 11-1883 FMO |
| CAROLYN A. DYE, | |
| Appellant, | **JUDGMENT** |
| v. | |
| COMMUNICATIONS VENTURES III, LP, et al., | |
| Appellees. | |

**IT IS ADJUDGED** that the bankruptcy court's Orders of July 28, 2004, February 5, 2007, and September 23, 2011, are **affirmed**.  This action is **dismissed with prejudice**.

Dated this 4th day of December, 2013.

/s/
Fernando M. Olguin
United States District Judge